**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 93-cr-00066-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  ROBERTO HERMOSILLO,

    Defendant.

**ORDER**

**Blackburn, J.**

This matter is before me on the defendant's **Motion in the Nature of Coram Nobis and Audita Querela** [#1][1] filed August 31, 1999. I deny the motion.

The defendant, Roberto Hermosillo, entered a guilty plea in this case on January 18, 1994, and he was sentenced on March 25, 1994. In the motion specified above, Hermosillo asks that he be permitted to withdraw his guilty plea because his plea caused certain unanticipated complications to his immigration status.

FED. R. CRIM. P. 11(e) provides:

> After the court imposes sentence, the defendant my not withdraw a plea of guilty or nolo contendere, and the plea may be set aside only on direct appeal or collateral attack.

The court imposed a sentence based on Hermosillo's guilty plea and conviction long

---

[1] "[#1]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

before Hermosillo sought to withdraw his guilty plea.  Under FED. R. CRIM. P. 11(e), Hermosillo may not withdraw his guilty plea after sentence was imposed.

**THEREFORE, IT IS ORDERED** that the defendant's **Motion in the Nature of Coram Nobis and Audita Querela** [#1] filed August 31, 1999, is **DENIED**.

Dated June 30, 2009, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn
Robert E. Blackburn
United States District Judge